NINA THOMASSON *et al.* Appellants, *vs.* THE CITY OF CHI-
CAGO, Appellee.—SARAH LILLIAN PHELPS, Admx., Ap-
pellant, *vs.* THE CITY OF CHICAGO, Appellee.—HARRY
S. MECARTNEY, Appellant, *vs.* THE CITY OF CHICAGO,
Appellee.

*Opinion filed December 17, 1913.*

This consolidated case is controlled by the decision in *City of
Chicago* v. *Thomasson,* 259 Ill. 322.

APPEAL from the Appellate Court for the First Dis-
trict;—heard in that court on appeal from the Circuit Court
of Cook county; the Hon. JESSE A. BALDWIN, Judge, pre-
siding.

RICHARD W. CLIFFORD, and ENOCH J. PRICE, for ap-
pellants.

PHILIP J. McKENNA, and HOWARD F. BISHOP, (WIL-
LIAM H. SEXTON, Corporation Counsel, of counsel,) for
appellee.

Mr. JUSTICE CARTER delivered the opinion of the court:

These three cases were consolidated in this court and
heard as one case.  Each of them came to this court by
appeal on a certificate of importance from the Appellate
Court.  The record in this consolidated case is in all es-
sential particulars the same as that in *City of Chicago* v.
*Thomasson,* 259 Ill. 322.  The questions raised are iden-
tical with those raised in the case just cited.  The decision
in that case must control here.

The judgment of the Appellate Court must therefore
be affirmed in each case.          *Judgments affirmed.*